No. 95–7550. PENDLETON v. VANCE ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–7557. WASHINGTON v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 95–7558. THOMAS v. WHITE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–7559. WILLIAMS v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 95–7585. OSIRIS FLORES v. TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 95–7592. FIELD v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95–7606. LUNA v. LACY. Ct. App. Ohio, Huron County. Certiorari denied.

No. 95–7607. SOCORRO v. THURMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–7619. CHAPMAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–7630. GHAEMMAGHAMI v. LOCAL UNION No. 11, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO. C. A. 9th Cir. Certiorari denied.

No. 95–7634. FULLER v. VIRGINIA ET AL.; and FULLER v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7637. McDONALD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–7646. FITZGERALD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 95–7674. ORTEGA v. PRICE CITY, UTAH. Ct. App. Utah. Certiorari denied.